# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
AUG 05 2019
David J. Bradley, Clerk of Court

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
United States Postal Service Priority Express Mail Parcel )
EJ006995172US )
)

Case No. H19-1443M

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
United States Postal Service Priority Express Mail Parcel EJ006995172US, addressed to Ashley Mitchell, 9111 Lakes at 610 Drive, Apt 2213, Houston, Texas 77054, currently located at 4600 Aldine Bender Rd, N Houston, TX 77315,

located in the ___Southern___ District of ___Texas___, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled substance and/or narcotics proceeds

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution of a controlled substance |
| 21 USC 846 | Conspiracy |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kyle M. Reyes, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug. 5th, 2019

_____
*Judge's signature*

City and state: Houston, TX

Christina A. Bryan, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In the Matter of the Search of:** | § | Magistrate No. **H19-1443M** |
| | § | |
| **United States Postal Service Priority** | § | |
| **Express Mail Parcels EJ002649694US** | § | |
| **and EJ006995172US** | § | |

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Kyle M. Reyes, being duly sworn, state the following:

1. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since July 2016. I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of drug trafficking via the United States Mail. I am currently assigned to the USPIS Houston Division, Prohibited Mail Narcotics team. I was previously a part of the USPIS Los Angeles Division, Parcel Task Force (the "Parcel Task Force"), which was comprised of Postal Inspectors and narcotics officers and detectives from the Los Angeles Police Department ("LAPD"). The Parcel Task Force was responsible for investigating drugs trafficked in parcels, including via the United States mails. I also have completed a forty-hour LAPD narcotics school training course.

2. I also rely upon the training and experience of other members of the USPIS Houston Division Narcotics Team. The team is comprised of eight (8) members, three (3) of whom have been assigned to narcotics investigations for at least three (3) years. During that time, the USPIS Houston Division Narcotics Team has intercepted in excess of five-thousand parcels which were found to have contained either controlled substances, the proceeds of controlled substance sales, or money furnished or intended to be furnished in exchange for controlled substances.

3. Prior to becoming a postal inspector, I was employed as a probation officer for the County of San Bernardino, located in California, for eighteen months, where I supervised offenders on county probation and prepared reports for the court.

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

5. Experience and drug trafficking intelligence information gathered by the USPIS have demonstrated that the U. S. Postal Service ("USPS") Priority Express Mail and Priority Mail are frequently utilized by drug traffickers for shipping controlled substances or the proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances. Use of Priority Express Mail and Priority Mail are favored because of the speed (Express Mail - overnight; Priority mail - two day delivery), reliability, free telephone and Internet package tracking services, as well as the perceived minimal chance of detection. Priority Express Mail and Priority Mail were originally intended for urgent, business to business, correspondence. Intelligence from prior packages, which were found to contain controlled substances or the proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances, has indicated that these parcels are usually addressed from an individual to an individual. Priority Express Mail and Priority Mail are seldom used for individual to individual correspondence.

6. In an effort to combat the flow of controlled substances through the overnight delivery services, interdiction programs have been established in cities throughout the United States by the USPIS. These cities have been identified as known 'sources' of controlled substances. The USPIS conducts an ongoing analysis of prior packages mailed through

overnight delivery services, which were found to contain controlled substances or proceeds/payments of controlled substance sales. The analysis of prior packages, which were found to contain controlled substances or the proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances, indicated that these parcels are usually sent from an individual to an individual. In the few cases when overnight delivery packages containing controlled substances or the proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances, have displayed a business or company name, it has usually proven to be fictitious or used without the owner's knowledge and consent. Additionally, this analysis has established a series of characteristics which, when found in combination of two (2) or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include USPS Priority Express Mail, Federal Express, and United Parcel Service. This profile includes, but is not limited to, the following characteristics: package mailed from or addressed to a narcotic source city; package has a fictitious return address; package addressee name is unknown at the destination address; package sender name is unknown at the return address; package has address information which is handwritten; package is mailed to or from a Commercial Mail Receiving Agency (CMRA); package is addressed from an individual to an individual; phone numbers listed on the package are not related to the listed parties or are not in service; packages are wrapped and/or heavily taped; frequency of the mailings is inconsistent with normal use absent a business relationship; and the ZIP Code from where the package is mailed is different than the ZIP Code used in the return address.

7. The USPIS analysis of prior narcotics packages mailed through overnight delivery services has consistently shown that the identification of source cities has proven to be one of several reliable characteristics used in identifying suspect parcels. This analysis has also demonstrated that narcotics parcels originating from states other than source locations have been consistently found to contain designer drugs, such as Ecstasy, GBL, GHB, Anabolic Steroids, and other similar controlled substances. Generally such designer drugs are not organic and are the product of a laboratory process.

8. This affidavit is made in support of an application for a Federal search warrant to search USPS Priority Express Mail Parcels EJ002649694US ("Subject Parcel 1") and EJ006995172US ("Subject Parcel 2"), collectively ("the PARCELS") described more particularly as follows:

Subject Parcel 1:

    Sender: "Shay King
    3434 Laurens Road Apt 534
    Greenville, SC 29607"

    Addressee: "Tyler M.
    515 A S. Fry Rd STE 181
    Katy, TX 77450"

    Size/Dimensions: Brown cardboard box
    Approximately 16.5" x 16.5" x 13"

    Postmarked: July 31, 2019

    Postmark Origin: 29606

    Postage Amount: $163.00

    Weight: 22b. 10 oz.

Subject Parcel 2:

    Sender:     "Jareed Pleasant
    115-100 222 St
    Cambria Heights, N.Y. 11411"

    Addressee:     "Ashley Mitchell
    9111 Lakes At 610 Drive Apt 2213
    Houston, TX 77054"

    Size/Dimensions:     White USPS Priority Express Mail Box Approximately 15" x 13" x 3"

    Postmarked:     July 31, 2019

    Postmark Origin:     11003

    Postage Amount:     $55.55

    Weight:     3b. 5 oz.

9.     Prior investigations conducted by Postal Inspectors have identified Houston, TX and its surrounding areas, including Katy, as both a destination area as well as a source city for controlled substances and the proceeds from the sale of controlled substances. Your Affiant knows that the cities of mailing, Greenville, SC, and Cambria Heights, NY, have been designated as a source city/area for narcotics and controlled substances or a source city for the moneys furnished or intended to be furnished towards the purchase of controlled substances.

10.     On August 1, 2019, Affiant discovered the PARCELS while at the North Houston Processing and Distribution Center ("N HOU P&DC") and noticed the following:

    a.     Subject Parcel 1 was mailed from South Carolina to the Katy delivery address, which met the aforementioned profiles. A review of Subject Parcel 1, noted that it bore several characteristics indicative of a parcel which likely contained a controlled substance or moneys furnished or intended to be furnished towards the purchase of controlled substances. Subject Parcel 1 had the following characteristics: Subject Parcel 1 was mailed utilizing Priority

Express Mail service from a known narcotics destination city, Greensville, SC, to a known source/destination city, Katy, TX; was mailed person to person; has address information which is handwritten; package is heavily taped.

      b.     Subject Parcel 2 was mailed from New York to the Houston delivery address, which met the aforementioned profiles. A review of Subject Parcel 2, noted that it bore several characteristics indicative of a parcel which likely contained a controlled substance or moneys furnished or intended to be furnished towards the purchase of controlled substances. Subject Parcel 2 had the following characteristics: Subject Parcel 2 was mailed utilizing Priority Express Mail service from a known narcotics destination city, Cambria Heights, NY, to a known source/destination city, Houston, TX; was mailed person to person; has address information which is handwritten; package is heavily taped

11.    On August 1, 2019, Affiant conducted an open records query of the sender information listed on Subject Parcel 1 which revealed "3434 Laurens Road Apt 534, Greenville, SC 29607" is a valid delivery address, but the name "Shay King" is not associated with the address. Affiant conducted an open records query of the recipient information listed on Subject Parcel 1 which revealed "515 A S. Fry Rd STE 181, Katy, TX 77450" is a valid delivery address, but the name "Tyler M." is not associated with the address.

12.    On August 1, 2019, Affiant conducted an open records query of the sender information listed on Subject Parcel 2 which revealed "115-100 222 St, Cambria Heights, N.Y. 11411" is a valid delivery address, but the name "Jareed Pleasant" is not associated with the address. Affiant conducted an open records query of the recipient information listed on Subject Parcel 2 which revealed "9111 Lakes At 610 Drive Apt 2213, Houston, TX 77054" is a valid delivery address, but the name "Ashley Mitchell." is not associated with the address.

13. On, August 1, 2019, United States Postal Inspector Sophia Curtis ("PI Curtis") obtained the assistance of Officer Peter Esbrandt, a Canine Officer ("K9") with the Houston Police Department ("HPD") and certified handler of K9 Airus ("Airus"). Officer Esbrandt and Airus are certified as a team in the detection of controlled substances. Officer Esbrandt and Airus received their certification through the National Narcotic Detector Dog Association (NNDDA). Airus has numerous hours of training in the detection of controlled substances such as Marijuana, Cocaine, Methamphetamine, MDMA and Heroin. Airus has successfully alerted on concealed controlled substances in numerous prior cases, which has led to the arrest of numerous suspects for drug law violations. Airus was last certified on July, 29 2019. Upon Officer Esbrandts' arrival, Airus was allowed to examine two separate rooms, each with four (4) boxes in them which had been placed on the floor in an area known not to be contaminated with the odor of controlled substances. Three of the boxes in each room were "dummy" boxes (boxes containing no suspected controlled substances, in fact empty boxes) and the fourth one was Subject Parcel 1 and Subject Parcel 2. Airus conducted an exterior examination of all four (4) packages in each room. Officer Esbrandt advised PI Curtis that Airus indicated a positive alert to the presence of a controlled substance scent coming from within Subject Parcel 1 and Subject Parcel 2.

14. Based on the facts set forth above, there is probable cause to believe that The Subject Parcel contains one or more controlled substances, drug paraphernalia, proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances, and material relating to the distribution of same. In the past, all of the above factors have been indicative of packages which contained illegal controlled substances or the proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances. The parcels are currently in the custody of your Affiant. Affiant, therefore, seeks the issuance of a search warrant for the seizure of these parcels, and the

contents contained therein and to search for evidence of a crime and fruits of crime, in violation of Title 21, United States Code, Sections 841(a)(1), and 846.

*[signature]*
Kyle M. Reyes
U. S. Postal Inspector

Subscribed and sworn to before me at Houston, Texas, on this ___5th___ day of August, 2019 and I find probable cause.

*[signature]*
Christina A. Bryan
United States Magistrate Judge